## Case No. 7,509.

JONES v. WOODROW et al.

[1 Cranch, C. C. 455.] [1]

Circuit Court, District of Columbia. Nov. Term, 1807.

CRANCH, Chief Judge, contra, because the charge was too general.